COPY

1   M. Cris Armenta (SBN 177403)
    THE ARMENTA LAW FIRM APC
2   11900 W. Olympic Boulevard, Suite 730
    Los Angeles, CA 90064
3   Tel: (310) 826-2826 x 108
    Facsimile: (310) 826-5456
4   Email: cris@crisarmenta.com

5   Credence E. Sol (SBN 219784)
    C/O THE ARMENTA LAW FIRM APC
6   11900 W. Olympic Boulevard, Suite 730
    Los Angeles, CA 90064
7   Tel: (310) 826-2826 x 108
    Facsimile: (310) 826-5456
8   credence.sol@orange.fr

9   Attorneys for Plaintiff
    Gaylord Flynn
10

11              UNITED STATES DISTRICT COURT

12          FOR THE CENTRAL DISTRICT OF CALIFORNIA

13   GAYLORD FLYNN, an individual,        Case No. CV 14-01901 MMM (KKx)

14                 Plaintiff,             COMPLAINT FOR:

15   vs.                                  1.   Direct Infringement of
                                               Copyright
16   NAKOULA BASSELEY NAKOULA,            2.   Secondary Infringement of
     an individual also known as SAM           Copyright
17   BACILE, MARK BASSELEY               3.   Fraud
     YOUSSEF, ABANOB BASSELEY           4.   Unfair Business Practices
18   NAKOULA, MATTHEW NEKOLA,           5.   Libel
     AHMED HAMDY, AMAL NADA,            6.   Intentional Infliction of
19   DANIEL K. CARESMAN, KRITBAG             Emotional Distress
     DIFRAT, SOBHI BUSHRA, ROBERT
20   BACILY, NICOLA BACILY, THOMAS      [Demand For Jury Trial]
     J. TANAS, ERWIN SALAMEH,
21   YOUSSEFF M. BASSELEY, and/or
     MALID AHLAWI; GOOGLE, INC., a
22   Delaware Corporation; and DOES 1
     through 10, inclusive.
23

24                 Defendants.
25

26

27

28

                                                                  COMPLAINT

Plaintiff Gaylord Flynn ("Flynn"), by and through his counsel, on personal knowledge as to his own actions and information and belief as to the actions, capabilities and motivation of others, hereby alleges as follows:

## NATURE OF CASE

1.     On July 2, 2012, Defendant Nakoula Basseley Nakoula ("Nakoula") uploaded a 14-minute trailer to the Internet, via YouTube.com, entitled "Muhammed Movie Trailer" among other titles (the "Film"), making it available for the entire world to see.  Between July 2 and September 11, 2012, the film gained worldwide recognition after it was translated into Arabic and posted on YouTube.com.  An Arabic translation of the film was posted on YouTube, where it became the object of attention in many countries, particularly those that are predominantly Muslim.

2.     In the Film, the Prophet Mohammed, the founder of the Islamic religion, is painted in a light that is considered to be blasphemous by many Muslims.  More specifically, the Film portrays Mohammed as a child molester, a sexual deviant, and a barbarian.  Immediately after the Film received worldwide recognition as described above, violence erupted in the Middle East.  The violence included an attack on the United States Consulate in Benghazi, Libya, resulting in the deaths of four Americans, including United States Ambassador Christopher Stevens and two former Navy SEALS.

3.     Following the episode in Benghazi, violence continued to erupt across the world, including Afghanistan, Algeria, Australia, Azerbaijan, Bahrain, Bangladesh, Belgium, Canada, Denmark, Egypt, France, Greece, Hong Kong, India, Indonesia, Iran, Iraq, Israel, Japan, Jordan, Lebanon, Kuwait, Macedonia, Malaysia, the Maldives, Mauritania, Morocco, the Netherlands, Niger, Nigeria, Oman, Pakistan, the Palestinian territories, the Philippines, Qatar, Saudi Arabia, Serbia, Somalia, Sri Lanka, Sudan, Switzerland, Syria, Thailand, Tunisia, Turkey, and the United Kingdom.  Initially, observers across the globe held the Film directly responsible for that violence.  Then-United States Secretary of State Hillary Clinton condemned the Film, calling it "disgusting and reprehensible."  Reportedly, President Barack Obama asked YouTube to review taking down the Film; however, his Administration took no court action.

4.      Plaintiff is an actor who appears in the Film.  At no time during the filming of *Desert Warrior* was he aware that it would contain ***any*** religious or sexual content.

5.      The finished film, which was overdubbed, contains words and messages extremely offensive to Muslims and to Plaintiff.

6.      When Plaintiff was first cast in the Film, which he was told was a desert adventure film titled *Desert Warrior*, he received pages of the script from Defendant Nakoula, who identified himself as "Sam Bacile."  Defendant Nakoula held himself out as the writer and producer of the Film.  He managed all of the aspects of production, and as far as Plaintiff observed, he was in charge of all aspects of the production.

7.      Plaintiff never signed a release of his rights with respect to any aspect of his copyrighted performance, which became his property and his copyright when it was affixed to a tangible medium.

8.      Despite the fact that Plaintiff was led to believe that he was providing a dramatic performance in an adventure film titled *Desert Warrior*, he never consented to be in a religiously oriented film nor in one that propagates hate speech.  In short, Defendant Nakoula used Plaintiff and the other actors as puppets. The words contained in the film are so offensive, not only to Plaintiff but to millions worldwide, that it sparked a riots and violence around the globe.  In the Film, Plaintiff is depicted as having participated in a bigoted piece of hate speech and as holding beliefs that are not only anti-Islamic but also antithetical to Plaintiff's world view.

9.      Plaintiff would never have, and in fact did not, agree to place his likeness, image, persona, or dramatic performance into a hateful production, nor did he agree to be associated with hate speech in any form or fashion.

10.     The fallout that occurred after Plaintiff's performance was published aside, it is clear that Plaintiff has a copyright claim in his dramatic performance, which was fixed in tangible form when it was filmed during the production of *Desert Warrior*.  Because Plaintiff did not assign his rights or his copyright interests in his dramatic performance, nor was the Film a "work for hire," Plaintiff's copyright interests in his own dramatic performance remain intact.

COMPLAINT

1    11.    Plaintiff has filed an application for federal copyright registration for the rights in

2    his dramatic performance.  The application is pending. Regardless of whether the Copyright

3    Office has acted upon Plaintiff's application, federal law creates a copyright when the copyright is

4    created, not upon registration.  A true and correct copy of Plaintiff's copyright application, which

5    identifies the works that are the subject of Plaintiff's copyright, is attached as Exhibit A.

6    12.    Although the content that contains Plaintiff's performance was initially published

7    on YouTube, YouTube and Google have already been ordered by the Ninth Circuit Court of

8    Appeal to remove the content (at least insofar as it contains the performance of fellow actor Cindy

9    Lee Garcia) from its platforms.  After that order was issued, Google continued to enable its search

10    engine to link consumers to torrent sites – pirate download sites—that contained the Film,

11    including both the enjoined material containing Cindy Lee Garcia's performance and Plaintiff's

12    copyrighted performance.  Google has a history of responding to DMCA takedown notices by

13    directing consumers to torrent sites.  In this case, notwithstanding the fact that Google has been

14    informed both by Ms. Garcia and by Plaintiff that its platforms continue to direct consumers to

15    torrent sites that contain infringing content, Google has failed to act.  Because Google has refused

16    to adhere to Plaintiff's requests, it has lost any "safe harbor" immunities.

17    13.    Plaintiff has issued DMCA "takedown notices" to Defendants YouTube and

18    Google, who, by redirecting traffic to the torrent sites to the Film 24 hours a day, 7 days a week,

19    are infringing Plaintiff's protected rights in his performance, which fell within the scope of the

20    protection of copyright laws the instant his dramatic performance was fixed on film.  Google has

21    thus far refused to expeditiously remove or disable the infringing content and/or links on its

22    platforms, despite being under a valid order from the Ninth Circuit Court of Appeals to remove

23    content (at least that depicting fellow actor Cindy Lee Garcia) from all of its platforms worldwide.

24    The DMCA Notices are hereby attached as Exhibit B.

25

26

27

28

4

**GENERAL ALLEGATIONS**

**A.    Jurisdiction and Venue**

14.    This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States, 17 U.S.C. § 101 et seq.  Plaintiff also seeks damages and injunctive relief under California state law, were not preempted by Federal law.

15.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction), 28 U.S.C. § 1338(a) (jurisdiction over copyright actions), 28 U.S.C. § 1338(b) action asserting a state claim of unfair competition joined with a substantial and related federal claim under the patent, copyright, or trademark laws), 28 U.S.C. § 1367 (supplemental jurisdiction), and the doctrines of ancillary and pendent jurisdiction.

16.    This Court has personal jurisdiction over Defendants because all Defendants have "continuous, systematic" ties to California, and/or reside in California.

17.    Venue in this District is proper because a substantial part of the acts and omissions giving rise to the claims occurred in this district.

**B.    The Parties**

18.    Plaintiff Gaylord Flynn is an individual and at all relevant times herein was a resident of Riverside County, California.

19.    Defendant Nakoula Basseley Nakoula, also known as Sam Bacile ("Defendant Nakoula" or "Bacile") is an individual and at all relevant times herein as a resident of Los Angeles County, California.

20.    Defendant Google, Inc., is a corporation incorporated in Delaware with its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Google conducts business throughout California, the nation, and the world.

21.    Plaintiff lacks knowledge of the true names and capacities of the defendants sued herein as DOES 1-10, inclusive, and therefore sues these defendants by such fictitious names. These are unidentified posters of the film, as further described below and are individuals who

5

1    assisted in the production of the film, as further described below.  Plaintiff will amend this

2    complaint to allege their true names and capacities when they have been ascertained.

3         22.    At all relevant times, each defendant was the agent of each of the other defendants

4    and was acting within the course and scope of such agency.  Defendants are jointly and severally

5    liable to Plaintiff.

6         23.    Plaintiff is informed and believes that each of the defendants designated herein as a

7    DOE is responsible in some manner for the events and happenings herein alleged, as well as for

8    the damages alleged.

9         24.    Plaintiff is informed and believes that each of the defendants was the agent or

10   employee of each of the remaining defendants and, at all relevant times herein, acted within the

11   course and scope of such agency and/or employment.

12                              **FACTUAL BACKGROUND**

13        25.    Plaintiff Gaylord Flynn is an experienced actor.

14        26.    In July of 2011, Plaintiff responded to a casting call for a film titled "Desert

15   Warrior," which was represented to be an "historical Arabian Desert adventure film."  He was

16   cast in the Film.  The producers of the film, including DOES 151-200, and Defendant Nakoula,

17   intentionally concealed the purpose and content of the film.

18        27.    Plaintiff was given only specific pages of a script titled *Desert Warrior*.  There was

19   no mention of "Mohammed" during filming or on the set.  There were no references made to

20   religion nor was there any sexual content of which Plaintiff was aware.  The purported writer and

21   producers of *Desert Warrior*, Defendant Nakoula a/k/a "Sam Bacile," represented to Plaintiff that

22   the Film was indeed an adventure film and about ancient Egyptians.  Based on those specific

23   representations made, his parts of the script, and the manner in which the Film was shot, Plaintiff

24   agreed to deliver an acting performance for "Desert Warrior."

25        28.    On July 2, 2012, Defendant Nakoula published a video titled *The Innocence of*

26   *Muslims* (the "Film") to the Internet site www.youtube.com, making the Film available publicly

27   and globally.  The Film includes Plaintiff's acting work from *Desert Warrior* and has been

28   changed horrifically to make it appear that Plaintiff voluntarily performed in a hateful anti-Islamic

COMPLAINT

1    production.  The Film is vile and reprehensible.  Plaintiff was unaware of the vile content

2    contained in the Film, as the content and overall purpose of the Film was concealed from him, and

3    others who appear in the Film, at all times by Defendant Nakoula and DOES 151 through 200.

4    This lawsuit is not an attack on the First Amendment, nor on the right of Americans to say what

5    they think, but does request that the offending content be removed from the Internet because not

6    only it is not speech protected by the First Amendment, it violates Plaintiff's copyright in his

7    performance.

8         29.    Based on information and belief, in around September of 2012, Defendant Nakoula

9    published the Film, with the voices of Plaintiffs and his cast mates dubbed into Arabic, on

10   YouTube.  The availability of the Film in Arabic has set off protests and violence first in the

11   Middle East, then worldwide. On information and belief, Defendant YouTube made an editorial

12   decision to block the Film from being shown on computers located in Libya, Saudi Arabia, India,

13   Indonesia, and Egypt, but not in most of the other countries in the world.

14        30.    The content of the actors' words in Arabic is currently unknown to Plaintiff.

15        31.    After the Film was published on YouTube, Plaintiff received death threats, which

16   have increased in numerosity and threat level, despite Plaintiff's efforts to publicly clear his name.

17        32.    After the Film was published on YouTube, Plaintiff 's life changed substantially as

18   a direct result of the Film in that he is now considered a target and the safety of those in his

19   presence cannot be guaranteed.

20        33.    On September 19, 2012, an Egyptian Cleric issued a fatwa against Plaintiff: "I issue

21   a fatwa and call on the Muslim Youth in American and Europe to do this duty, which is to kill the

22   director, the producer and the actors and everyone who helped and promoted the film."

23        34.    Plaintiff requested that Google remove the Film from its search engine linking

24   consumers to torrent sites for the Film.  Google refused to respond to the requests.

25        35.    On March 5, 11, and 18, 2014, Plaintiff issued "takedown notices" to Defendant

26   Google pursuant to the Digital Millenium Copyright Act.  The notices informed Defendants

27   Google that continued broadcast of the Film, or enabling downloads through its search engine,

28   violated Plaintiff's copyright in his performance.  The takedown notices identified an aggregate of

COMPLAINT

1    111 URLs to be taken down.  Defendant Google has refused to respond to the DMCA takedown

2    notices.

3         36.    As a result, Plaintiff has suffered the violation of his copyright in his performance,

4    and general damages.  He has been subjected to credible death threats and is in fear for his life and

5    the life and safety of anyone associated with him.

6                                    **FIRST CAUSE OF ACTION**

7                                  **Direct Infringement of Copyright**

8                                     **Against All Defendants**

9         37.    Plaintiff repeats and realleges paragraphs 1 through 36 of this Complaint as though

10   set forth in full.

11        38.    Plaintiff has properly applied to register, and he owns and controls, the copyright in

12   his performance in *Desert Warrior* a/k/a *Innocence of Muslims*.

13        39.    Without authorization from Plaintiff, or any right under law, Defendants, via

14   YouTube, have unlawfully distributed Plaintiff's copyrighted performance millions of times, by

15   transmitting unauthorized copies of those works to YouTube users upon demand in violation of

16   the Copyright Act, 17 U.S.C. § 106.  Defendant Google refused to remove the links on its search

17   engine to torrent sites for the Film.

18        40.    Defendant Nakoula is directly liable for these acts of infringement under the

19   Copyright Act.  It was Defendant Nakoula who initially posted an infringing copy of Plaintiff's

20   performance onto YouTube without authorization.

21        41.    The infringing files reside on servers controlled by Google.  Google causes and

22   affects the infringing act of enabling consumers to directly access performance works from their

23   servers to the computers of their users.  Google is actively involved in creating the supply of

24   infringing content, making that content broadly available for distribution to the worldwide public

25   at large. It further exercises active control over the distribution process, in exercising editorial

26   control over where it will and will not make the Film available through it search engine. For these

27   reasons, among others, Google engages in active conduct in unlawfully distributing Plaintiff's

28   copyrighted performance to its users.

8

42.     Defendant Google is liable because it directs and participates in, and benefits from, the torrent sites' infringing conduct as alleged herein, and its corporate policies have been the guiding spirit behind and central figure in those infringing activities.. Further, Google earns advertising revenue from traffic directed its most significant platform, its search engine.

43.     Defendants DOES 1-200 are likewise liable under the Copyright Act for the acts of infringement identified above for acting in concert with Defendants to post infringing copies of Plaintiff's performance without authorization, to operate torrent sites and/or for infringing reproductions and distributions of Plaintiff's copyrighted performance separately committed by defendants DOES 1-200.

44.     The foregoing acts of infringement by Defendants have been willful, intentional and purposeful, in disregard of and indifferent to Plaintiff's rights.

45.     As a direct and proximate result of Defendants' infringement of Plaintiff's exclusive rights under copyright, Plaintiff is entitled to damages as well as Defendants' profits pursuant to 17 U.S.C. § 504(b), including but not limited to advertising revenues resulting from the placement of embedded advertisements in the Film as posted on YouTube.com.

46.     Alternatively, Plaintiff is entitled to the maximum statutory damages, in the amount of $150,000 per infringement, pursuant to 17 U.S.C. § 504(c), or for such other amount as may be proper pursuant to 17 U.S.C. § 504(c).

47.     Plaintiff further is entitled to his attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

48.     Defendants' conduct is causing, and unless enjoined and restrained by this Court will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated for or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a preliminary and permanent injunction prohibiting further infringements of his copyright and exclusive rights under copyright.

**SECOND CAUSE OF ACTION**

**Indirect Infringement of Copyright**

**Against All Defendants**

9

49.     Plaintiff repeats and realleges paragraphs 1 through 48 of this Complaint as though set forth in full.

50.     Users of torrent sites have infringed, and continue to infringe, Plaintiff's copyright, including without limitation those copyrighted works identified in Exhibit B, by reproducing and distributing works owned by Plaintiff through their various sites, without authorization from Plaintiff, or right under law, in violation of the Copyright Act, 17 U.S.C. § 106. Defendants are liable as secondary infringers under the Copyright Act for each infringing reproduction and distribution of Plaintiff's performance by torrent sites.

51.     Defendant Google is liable under the Copyright Act for inducing the infringing acts of torrent site users. As set forth above, Defendant Google operates its search engine, with the object of promoting the use of torrent sites to infringe Plaintiff's copyrighted performance, as shown by Google's clear expression and other affirmative steps to foster infringement. As set forth above, Defendants Google's inducement of copyright infringement is evident from, among other things: (i) the continuing infringing content available through Google's search engine; (ii) technical measures designed to facilitate the widespread dissemination of Plaintiff's copyrighted content, even after he has requested takedown of the infringing content; and (iii) Defendants' failure to use any of the readily-available means to curtail infringement through its search engine's access to torrent sites. Defendant Google is liable for inducing the unauthorized reproduction and distribution of Plaintiff's copyrighted work in violation of the Copyright Act, 17 U.S.C. § 106.

52.     Defendant Nakoula is jointly and severally liable for each act of infringement for which Google is liable because he initially posted the infringing copy of Plaintiff's performance, thus directing, participating in, and benefitting from Google's infringing conduct as alleged herein.

53.     Defendants DOES 1-10 are liable under the Copyright Act for the acts of infringement identified above, for acting in concert with Defendants to operate YouTube and/or for unlawfully inducing, knowingly facilitating, and profiting from copyright infringement by YouTube users.

54.     The foregoing acts of infringement by Defendants have been willful, intentional and purposeful, in disregard of and indifferent to Plaintiff's rights.

10

1       55.     As a direct and proximate result of Defendants' infringement of Plaintiff's

2     exclusive rights under copyright, Plaintiff is entitled to damages as well as Defendants' profits

3     pursuant to 17 U.S.C. § 504(b), including but not limited to advertising revenues resulting from

4     the placement of embedded advertisements through its search engine.

5       56.     Alternatively, Plaintiff is entitled to the maximum statutory damages, in the amount

6     of $150,000 per infringement, pursuant to 17 U.S.C. § 504(c), or for such other amount as may be

7     proper pursuant to 17 U.S.C. § 504(c).

8       57.     Plaintiff further is entitled to his attorneys' fees and full costs pursuant to 17 U.S.C.

9     § 505.

10       58.     Defendants' conduct is causing, and unless enjoined and restrained by this Court

11     will continue to cause, Plaintiff great and irreparable injury that cannot fully be compensated for

12     or measured in money. Plaintiff has no adequate remedy at law. Pursuant to 17 U.S.C. § 502,

13     Plaintiff is entitled to a preliminary and permanent injunction prohibiting further infringements of

14     her copyright and exclusive rights under copyright.

15                   **THIRD CAUSE OF ACTION**

16                          **Fraud**

17              Against Defendant Nakoula and DOES 1-10

18       59.     The allegations set forth in paragraphs 1 through 58 are realleged and incorporated

19     herein by reference.

20       60.     Defendant Nakoula and DOE Defendants 1-10 represented to Plaintiff that the Film

21     was an "adventure" film, and that he would be depicted as a benign historical character.

22       61.     Defendant Nakoula and DOE Defendants 1-10's representations that he intended to

23     make an "adventure" film were false.  Instead, Defendant Nakoula and DOE Defendants 1-10

24     made an anti-Islam propaganda film, in which Plaintiff is falsely made to appear to participate in a

25     film accusing the founder of the Islamic religion of being a sexual deviant and child molester.

26       62.     When Defendant Nakoula and DOE Defendants 1-10 represented to Plaintiff that

27     he intended to make an "adventure" film, they knew that the representations were false, or they

28     made the representations with reckless disregard as to their falsity.

63.     Defendant Nakoula and DOE Defendants 1-10 made the misrepresentations with the intent to defraud Plaintiff.  In making the misrepresentations, Defendant Nakoula and DOE Defendants 1-10 intended to induce Plaintiff to rely upon the misrepresentations and to act upon them by agreeing to appear in Defendant Nakoula's "adventure" film.

64.     At the time Defendant Nakoula and DOE Defendants 1-10 made the misrepresentations, Plaintiff was unaware of the falsity of the misrepresentations.  Plaintiff acted in reliance on the truth of the misrepresentations, in that the misrepresentations substantially influenced his actions, and Plaintiff was justified in relying on the misrepresentations.

65.     As a direct and proximate result of Defendant Nakoula and DOE Defendants 1-10's intentional misrepresentations, Plaintiff has incurred and will incur substantial damages, in an amount to be determined at trial, and additionally is entitled to an award of punitive damages.

## FOURTH CAUSE OF ACTION

### Unfair Business Practices Under Cal. Bus. Prof. Code 17200

### Against Defendant Nakoula and DOES 1-10

66.     The allegations set forth in paragraphs 1 through 65 are realleged and incorporated herein by reference.

67.     The aforementioned acts of Defendant Nakoula and the DOE Defendants constitute unfair, fraudulent and/or illegal business practices within the meaning of California's Unfair Competition Law ("UCL"), embodied in Section 17200, et seq. of the California Business and Professions Code.

68.     Defendant Nakoula and the DOE Defendants' actions, including fraudulently enticing Plaintiff into appearing in an anti-Islam propaganda film, manipulating the soundtrack of the Film to make it appear that Plaintiff was slandering Islam and Muslim beliefs.

69.     Defendant Nakoula and DOE Defendants 1-10's actions were fraudulent in that they deceived Plaintiff as to the true nature of the film project in which He participated, and in that they manipulated Plaintiff's image to create the false appearance of anti-Muslim bigotry by Plaintiff.

COMPLAINT

1    70.    Defendant Nakoula and the DOE Defendants' actions were unfair in that, by

2    fraudulently inducing Plaintiff to appear in *Desert Warrior* a/k/a *Innocence of Muslims*, and by

3    rebroadcasting the dubbed and altered performances worldwide, they have made Plaintiff the

4    target of numerous death threats and caused Plaintiff general damages.

5    71.    Defendant Nakoula and the DOE Defendants' unfair, deceptive, and fraudulent

6    practices originated from and/or occurred primarily in California.  The decision to refuse to

7    remove the Film from YouTube was made in California.

8    72.    Pursuant to California Business & Professions Code Section 17203, Plaintiff seeks

9    an order of this Court permanently enjoining Defendant Nakoula and the DOE Defendants from

10   continuing to engage in the unlawful, unfair, and fraudulent conduct described herein.  Plaintiff

11   seeks an order requiring Defendant Nakoula and the DOE Defendants to:  (1) immediately cease

12   the unlawful, unfair, and fraudulent practices stated in this Complaint; and (2) award Plaintiff

13   reasonable costs and attorneys' fees pursuant to California Code of Civil Procedure Section

14   1021.5.

15   73.    By reason of the alleged acts and conduct of Defendants, Plaintiff has suffered and

16   will suffer further harm.

### FIFTH CAUSE OF ACTION

**Against Nakoula and DOES 1-10**

**Libel**

20   74.    The allegations set forth in paragraphs 1 through 74 are realleged and incorporated

21   herein by reference.

22   75.    By making and republishing the Film, Defendant Nakoula and the DOE Defendants

23   made a statement of and concerning Plaintiff or words that suggest that Plaintiff approved the

24   finished product and message of the Film, and stating that Plaintiff said blasphemous words,

25   which he did not.

26   76.    The statements are false as they pertain to Plaintiff. Defendant Nakoula and the

27   DOE Defendants knew or should have known that Plaintiff did not make statements blasphemous

28   to the Islamic religion.

COMPLAINT

77.     Furthermore, these statements are defamatory because they carry the meaning that Plaintiff is a religious bigot.

78.     The statements have been understood by those who saw and heard them on YouTube to mean that Plaintiff is a religious bigot.

79.     Plaintiff is informed and believes and thereon alleges that the statements that Defendant Nakoula, along with DOE Defendants 1-10, which Google refuses to remove from YouTube and from its platforms including the Google search engine, have been seen and heard by millions of individuals throughout the world, whose names are not presently known to Plaintiff.

80.     These words were slanderous because they tend to injure Plaintiff in his profession, trade and business by imputing to him a general disqualification for working with the public, something that the occupation and duties of his profession peculiarly require, and the profitability of which is naturally lessened if he is believed to be a religious bigot.

81.     These words published by Defendant Nakoula and the DOE Defendants were stated not as a matter of opinion, but as a matter of fact, and therefore were not protected or privileged in any way.

82.     The words published by Defendant Nakoula and the DOE Defendants also were slanderous because Plaintiff did not make statements considered blasphemous to the Islamic religion while on the set of the Film, nor would he willingly participate in such a heinous venture.

83.     At no relevant time did Plaintiff ratify or consent to the dissemination of his performance on YouTube or anywhere else.  In fact, Plaintiff believes that Google failed to honor its own policies and protocols with respect to the removal of links to torrent sites on its platforms including the Google search engine.

84.     Plaintiff is informed and believes and thereon alleges that Defendant Nakoula and the DOE Defendants repeated the false statements to others, including a worldwide audience on YouTube.

85.     The words that Defendant Nakoula and the DOE Defendants put, and kept, in Plaintiff's mouth carried a defamatory meaning by their very terms and were understood by those who saw and heard them in a way that defamed Plaintiff.

14

1    86.    Defendant Nakoula and the DOE Defendants further publicized such statements

2    deliberately and with knowledge and intention that such words would be heard by a worldwide

3    YouTube.com audience.

4    87.    As a proximate result of Defendant Nakoula and the DOE Defendants' publication

5    of the false statements, Plaintiff has suffered general damages in a sum to be proven at trial.

6    88.    As a further result of Defendant Nakoula and the DOE Defendants' publication of

7    the false statements, Plaintiff has suffered special damages according to proof.

8    89.    As the above-described statements were published with malice and oppression and

9    fraud, an award of exemplary and punitive damages is necessary and appropriate.

10                              **SIXTH CAUSE OF ACTION**

11                   **Against Defendant Nakoula and the DOE Defendants**

12                   **Intentional Infliction of Emotional Distress**

13    90.    The allegations set forth in paragraphs 1 through 90 are realleged and incorporated

14    herein by reference.

15    91.    The conduct set forth hereinabove was extreme and outrageous and an abuse of the

16    authority and position of Defendant Nakoula and the DOE Defendants, and each of them.  Said

17    conduct was intended to cause severe emotional distress, or was done in conscious disregard of the

18    probability of causing such distress. Said conduct exceeded the inherent risks of Plaintiff's work

19    as an actress and was not the sort of conduct normally expected to occur in the production of a

20    Film, or in the posting of a film to YouTube.  Defendants, and each of them, engaged in conduct

21    intended to make Plaintiff a target of extremist violence.

22    92.    The foregoing conduct did in fact cause Plaintiff to suffer extreme emotional

23    distress. As a proximate result of said conduct, Plaintiff suffered embarrassment, anxiety,

24    humiliation and emotional distress, and will continue to suffer said emotional distress in the future

25    in an amount according to proof.

26                              **PRAYER**

27    Plaintiff Gaylord Flynn prays for judgment against Defendants as follows:

28    1.    For a preliminary and permanent injunction enjoining Defendants and their

15

COMPLAINT

1    respective officers, agents, servants, employees, and attorneys, and all persons in active concert or

2    participation with each or any of them, from directly committing, aiding, encouraging, enabling,

3    inducing, causing, materially contributing to, or otherwise facilitating the unauthorized

4    reproduction or distribution of copies of Plaintiff's copyrighted performance.

5         2.       For all damages to which Plaintiff may be entitled, including but not limited to

6    Defendants' profits, in such amounts as may be found.  Alternatively, as Plaintiff's election, for

7    statutory damages in the maximum amount allowed by law.

8         3.       For special damages arising from the loss of business and business opportunities,

9    according to proof at trial.

10        4.       For restitution.

11        5.       For exemplary and punitive damages.

12        6.       For attorney fees and costs of suit incurred herein.

13        7.       For such other and further relief as the Court deems just and proper.

14

15                                   THE ARMENTA LAW FIRM, A.P.C.

16   Dated: September 11, 2014

17

18        By:  _____

19                      M. Cris Armenta
                      Attorneys for Plaintiff
20                        Gaylord Flynn

21

22

23

24

25

26

27

28

COMPLAINT

1

2                    **REQUEST FOR JURY TRIAL**

3          Plaintiff hereby requests a trial for jury.

4    Dated: September _11_, 2014          THE ARMENTA LAW FIRM, A.P.C.

5

6                                    By: _____

7                                             M. Cris Armenta
                                            Attorneys for Plaintiff
8                                              Gaylord Flynn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

**EXHIBIT A**

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

March 5, 2014

<u>**Sent by Email**</u>
Google, Inc.

Attn: Shantal Rands Poovala, Designated Agent
1600 Amphitheatre Pkwy
Mountain View, CA 94043
Email:  dmca-agent@google.com

Re:     DMCA Takedown Request: Copyright Infringement
        Video – *Innocence of Muslims* – Takedown Request #1

Dear Ms. Shantal Rands Poovala:

DMCA Solutions, LLC, acting as agent on behalf of copyright holder Gaylord Flynn for the
purposes of filing this Takedown Request, hereby submits the following:

<u>What is the Issue</u>:

> Copyright Infringement: Gaylord Flynn, an actor, has an original copyright that
> remains vested in his audio-visual dramatic performance in a film in which his
> performance has been altered and adulterated without his consent and made available
> for download on websites, blogs, file-sharing and torrent sites published in the google
> search index, infringing his copyright.

<u>Copyright Infringement: Who is Affected</u>

> Gaylord Flynn, the copyright owner

<u>Identification of the Copyrighted Work Claimed to have been Infringed</u>:

> Gaylord Flynn's audio-visual dramatic performance in a film originally titled *The
> Desert Warrior* but altered without his consent and made available for download on
> websites, blogs, file-sharing and torrent sites under variations of the title
> ***Innocence of Muslims*** *and published in the Google search index.*

<u>Identification of the material that is claimed to be infringing</u>

> Video made available for download on websites, blogs, file-sharing and torrent sites
> under variations of the title ***Innocence of Muslims*** *(but originally titled The Desert
> Warrior) and published in the Google search index.*

<u>URLs of the Offending Videos</u>:

http://kickass.to/innocence-of-muslims-2011-t6721368.html

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

http://pirateproxy.net/torrent/7646360/Innocence_of_Muslims_-_Full_Movie_(74_min)

http://bayproxy.me/torrent/7694513/

Page 2

http://torrentz.eu/5b65f79572c7fca080279907492cf09690e8649f

http://torrentz.eu/680074758784312a3a6cce1e7fd885c6f0ca74ba

http://answers.yahoo.com/question/index?qid=20120914181435AAb5t12

http://thepiratebay.se/torrent/7639180/Innocence_of_Muslims_(HD_720p)

http://thepiratebay.se/torrent/7637365/Innocence_of_Muslims

http://thepiratebay.se/torrent/7646661/

http://thepiratebay.org/torrent/7639180/

http://bayproxy.me/torrent/7637365/

http://bayproxy.me/torrent/7637365/Innocence_of_Muslims

http://torrentz.eu/5cbc7cb7e01df17879b0458dba6dca9ffc3ebe55

http://pirateproxy.net/torrent/7658796/innocence_of_muslims_full_movie

http://pirateproxy.net/torrent/7639180/

http://torrentz.eu/c6193a3da218e6295545831d11118edf8959aa1d

http://torrentz.eu/60b490dbfe26511979d154f7a3cc0bcaad533d04

http://bayproxy.me/torrent/7646360/

http://torrentz.me/77b512290380ee34c2ea4f319bfd74a056bc1eec

http://torrentmedia.org/innocence+of+muslims+hindi+dubbed+torrents.html

http://www.torrentroom.com/torrent/4104777-Sam-Bacile-Muhammad-Movie-FULL-HD-Innocence-of-

Muslims-YouTube-flv.html

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

http://www.torrentroom.com/torrent/4110003-Muhammad-full-movie-Innocence-of-Muslims-74-Min-

YouTube-WebM.html

http://torrentz.eu/5a6fc8c251e1ef4e664fe4b18411593886cb9936

Page 3

http://torrentz.eu/94efc7922d85f0dea12c62212a16c560a04b0686

http://torrentz-proxy.com/818f5b1b832b82797584bbc23d41b408496d49a2

http://www.88torrent.com/c6193a3da218e6295545831d11118edf8959aa1d

http://pirateproxy.net/torrent/7637365/Innocence_of_Muslims

http://torrentz.eu/7a0749325db8bbe2955f2a6f604e6caa6bb1f031

http://torrentz.eu/b2f3f06be00b3acd6346877bb72703a4b926fe65

http://torrentz.eu/b9e1c2229a372d3de26e156d03b0f6c9f49a0c41

http://pirateproxy.net/torrent/7694513/Innocence_of_Muslims_(Greek_Subbed)

http://www.proxybay.eu/torrent/7639180/

http://thepiratebay.se/torrent/7694513/Innocence_of_Muslims_(Greek_Subbed)

http://pastebin.com/bBDq0Quf

http://www.torrentroom.com/torrent/4104055-Sam-Bacile-Muhammad-Movie-FULL-HD-Innocence-of-

Muslims-720p-mp4.html

http://194.71.107.82/torrent/7694513/Innocence_of_Muslims_(Greek_Subbed)

http://isohunt.to/torrent_details/5898403/Innocence-of-Muslims-2012-1080p-MultiSubs-HDD

http://torrentz.eu/9017e86e576bca29df9f2f162b0a5eff64bf8bb0

http://bitsnoop.com/innocence-of-muslims-2012-multisubs-q40260943.html

http://torrentz-proxy.com/d2189e90af30e46ae7950d5b6229f062ba29edf2

http://torrentmedia.org/innocence+of+muslims+full+movie+dual+audio+hindi+.html

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

http://www.torrentreactor.net/torrents/5829500/Innocence-of-Muslims

http://freeware-hub.blogspot.com/2012/09/innocence-of-muslims-full-movie-74-min.html

http://torrentz-proxy.com/5a6fc8c251e1ef4e664fe4b18411593886cb9936

Page 4

http://www.torrenttab.com/movies/innocence+of+muslims

http://kickass.to/muhammad-movie-trailer-avi-t6655726.html

http://www.limetorrents.com/Innocence-of-Muslims-2012-1080p-MultiSubs--[DDR]-torrent-

1386812.html

http://answers.yahoo.com/question/index?qid=20120921063945AATTLkV

http://torrentz.eu/5c6b03f9319858c3768395dad6ca51cc2959a890

http://www.ulozto.net/xuNZYrb/sam-bacile-presents-innocence-of-muslims-small-version-full-movie-

by-anonymoust-3gp

http://www.torrentdownload.ws/Muhammad-full-movie--Innocence-of-Muslims-74-

Min+webm/680074758784312A3A6CCE1E7FD885C6F0CA74BA

http://www.scribd.com/doc/106160683/Innocence-of-Muslims-on-YouTube-By-Sam-Bacile-first-spark-

of-WWIII

http://www.torrentmedia.org/Free+download+english+movie+innocence+of+muslims+in+3gp+format.h

tml

http://torrentz.eu/759db52bd934fd18661bd917769520d033ada426

http://www.88torrent.com/f293f25a177f5e8fa8d64c2b31fc96cedbeaa9b4

http://torrentz-proxy.com/e82fb9bb3daaa55e8f0eb8639d9188df20100b45

http://downloadtorrentgo2.net/bokep+muslim.html

http://www.torrentroom.com/torrent/5124658-The-Innocence-Of-Youth-7.html

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

http://www1.zmovie.tw/movies/view/innocence-of-muslims-2012

http://www.jupiterbroadcasting.com/24637/the-blowback-decade-unfilter-17/

Page 5

http://www.torrentv.org/5043321/download-the-innocence-of-youth-7-2014-digitil-sin-split-scenes-torrent.html

http://www.torrentroom.com/torrent/5086385-The-Innocence-Of-Youth-7-2013-DVDRip.html

http://downloadtorrentgo2.net/free+dawnload+full+hd+bolywood+movies.html

http://downloadtorrentgo2.net/commando+movie+full+download+bestwap.html

http://torrentz-proxy.com/e64d6b83733b90ba2c3af871b47938baea89b092

http://www.torrentroom.com/torrent/5093146-The-Innocence-Of-Youth7-Kimber-Day-mp4.html

http://www.torrentroom.com/torrent/5042858-The-Innocence-Of-Youth-7.html

http://downloadtorrentgo2.net/bollywood+full+hd+movies+free+download.html

http://www.torrenttree.com/tarzan-x-shame-of-jane-full-movie/

http://downloadtorrentgo2.net/free+download+full+hd+bollywood+movie.html

http://downloadtorrentgo2.net/free+download+full+hd+bollywood+movies.html

http://www.picktorrent.com/torrents/43/swarabhishekam-etv-episodes/

http://www.themediafire.com/a-inocencia-dos-muculmanos-innocence-of-muslims-2012-webrip-mp4-720p-flv-480p-legendado

http://iamtherealnick2.ru/child-of-rage-full-movie/

http://downloadtorrentgo2.net/hollywood+full+hd+movie+free+download.html

http://downloadtorrentgo2.net/free+download+full+hd+hollywood+movies.html

http://downloadtorrentgo2.net/djmaza+full+hd+movies+download.html

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

http://stagetorrentz.ru/bulandi-movie-full-anil-kapoor-hd/

http://downloadtorrentgo2.net/hd+mp4+of+funny+cartoon+dance+on+bollywood+song.html

http://downloadtorrentgo2.net/free+download+movies+mkv+format+full+hd+hmmatwala.html

Page 6

http://www.torrentv.org/5124658/download-the-innocence-of-youth-7-torrent.html

http://stagetorrentz.ru/manual-of-love-3-watch-online-megavideo/

http://downloadtorrentgo2.net/download+free+hd+cartoon+movie+in+hindi+flv.html

http://www.filestube.to/i2/innocence+of+muslims

http://downloadtorrentgo2.net/odl+movies+full+mp4.html

http://www.filestube.to/i2/innocents+of+muslims

http://aflamdvd.ru/search/watch+online+adults+hollywood+movies/

http://downloadtorrentgo2.net/youtube+full+movie+hemat+wala+2013+indian.html

http://foundsuccess.ru/nenu-devudni-telugu-movie-watch-online/

http://www.filestube.com/download/files/innocence+muslims+movie

http://downloadtorrentgo2.net/youtube+film+dua+kalimah+full+movie.html

http://www.limetor.com/Islam--Empire-of-Faith--Full-Set--PBS-ZigCOM-torrent-4247801.html

http://www.torrentroom.com/torrent/4997650-The-Innocence-Of-Youth-5-Mia-Malkova.html

http://www.torrentroom.com/torrent/5043431-The-Innocence-Of-Youth-7-Digital-Sin.html

http://www.limetorrents.com/Islam--Empire-of-Faith--Full-Set--PBS-ZigCOM-torrent-4247801.html

http://www.torrentsnap.com/tarzan-x-shame-of-jane-full-movie

http://nl.torrentfunk.com/all/torrents/innocence-of-muslims.html

http://it.limetorrents.com/Islam--Empire-of-Faith--Full-Set--PBS-ZigCOM-torrent-4247801.html

**DMCA Solutions**
31 Hastings Street
Mendon, MA 01756

http://www.torrentfunk.com/torrent/4768699/sam-bacile-muhammad-movie-full-hd-innocence-of-

muslims-720p-mp4.html

http://www.torrentfunk.com/torrent/4780505/muhammad-innocence-of-muslims-74-min-youtube-

webm.html

Page 7


http://www.torrentfunk.com/torrent/4771564/sam-bacile-muhammad-innocence-of-muslims-720p-

mp4.html

http://unblocked-piratebay.com/?loadurl=/torrent/7646360/Innocence_of_Muslims_-

_Full_Movie_(74_min)

http://unblocked-piratebay.com/?loadurl=/torrent/7637365/Innocence_of_Muslims

http://torrentus.to/47df217b65e6ffc42ca6c8f2563660c551cd77b2-innocence-of-muslims-2011.html

http://thepiratebay.mk/music-torrents/Innocence-of-Muslims-2012-1080p-MultiSubs-

HDScam_412595565.html

http://www.torrenttree.com/innocence-of-muslims

http://www.torrentv.org/5105600/download-the-innocence-of-youth-digital-sin-dvdrip-avi-torrent.html

http://foundsuccess.ru/talespin-hindi-episodes-watch-online/

http://yogizhatke.blogspot.com/2012/09/innocence-of-muslims-full-movie-74-min.html

http://www.torrentv.org/4110003/download-muhammad-full-movie-innocence-of-muslims-74-min-

youtube-webm-torrent.html

http://stagetorrentz.ru/talespin-hindi-episodes-watch-online/


Copyright Owner's Name:      Gaylord Flynn

Authorized Agent:            DMCA Solutions, LLC
                             31 Hastings Street
                             Mendon, MA  01756

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

USA
(202) 350-0200
Eric@DMCASolutions.com

Page 8

DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Gaylord Flynn, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

Eric Bulock   3/05/2014

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

March 11, 2014

<u>**Sent by Email**</u>
Google, Inc.
Attn: Shantal Rands Poovala, Designated Agent
1600 Amphitheatre Pkwy
Mountain View, CA 94043
Email: dmca-agent@google.com

Re:     DMCA Takedown Request: Copyright Infringement (Gaylord Flynn Copyright Holder)
         <u>Video – *Innocence of Muslims* – Takedown Request #2</u>

Dear Ms. Shantal Rands Poovala:

DMCA Solutions, LLC, acting as agent on behalf of copyright holder Gaylord Flynn for the
purposes of filing this Takedown Request, hereby submits the following:

<u>What is the Issue</u>:

    Copyright Infringement: Gaylord Flynn, an actor, has an original copyright that remains
vested in his audio-visual dramatic performance in a film in which his performance has
been altered and adulterated without his consent and made available for viewing on
Internet websites **www.dailymotion.com** and **www.liveleak.com**, infringing his
copyright. *The Google search engine is currently posting URL links to infringing videos
on these websites. Additionally, the Google search index is displaying video thumbnails
that enable one click play of the infringing video content.*

    <u>Copyright Infringement: Who is Affected</u>

    Gaylord Flynn, a United States citizen, the copyright owner.

<u>Identification of the Copyrighted Work Claimed to have been Infringed</u>:

    Gaylord Flynn's audio-visual dramatic performance in a film originally titled *The Desert
Warrior* but altered without his consent and posted on the Internet under the title
***Innocence of Muslims***.

<u>Identification of the material that is claimed to be infringing</u>

    Video posted on the Internet under the title ***Innocence of Muslims*** but originally titled
*The Desert Warrior*.

<u>URLs of the Offending Video</u>:

http://www.liveleak.com/view?i=cda_1347507079

http://www.liveleak.com/view?i=88b_1347424714

**DMCA Solutions**

31 Hastings Street
Mendon, MA  01756

http://www.liveleak.com/view?i=4cb_1347495950
Page 2

http://www.liveleak.com/view?i=4cb_1347495950&comments=1

http://www.liveleak.com/view?i=cda_1347507079&comments=1

http://www.liveleak.com/view?i=861_1347416319

http://www.liveleak.com/view?i=449_1347402024

http://www.liveleak.com/view?i=8c1_1393551707

http://www.liveleak.com/view?i=010_1393548898

http://www.liveleak.com/view?i=cda_1347507079&comments=1&safe_mode=off

http://www.liveleak.com/view?i=cda_1347507079&comments=1&use_old_player=0&safe_mode
=off

http://www.dailymotion.com/video/xtlx66_extraits-du-film-anti-islam-innocence-of-muslims-l-
innocence-des-musulmans-video-dailymotion_webcam

http://www.dailymotion.com/video/xtsikf_mohammad-islam-innocence-of-muslims-trailer-2-
egypt-protest-movie_news

http://www.dailymotion.com/video/xtlu6i_innocence-of-muslims-trailer-hd-egypt-protest-
film_news

http://www.dailymotion.com/video/xtmm5n_innocence-of-muslims-egypt-protest-film-a-
inocencia-dos-muculmanos_news

http://www.dailymotion.com/video/xthpui_extraits-du-film-choc-anti-islam-innocence-of-
muslims_news

http://www.dailymotion.com/video/xtk8hd_innocence-of-muslims-movie-muslims-don-t-want-
people-to-see_shortfilms

http://www.dailymotion.com/video/xthfmf_innocence-of-muslims-trailer_shortfilms

http://www.dailymotion.com/video/xtlu61_innocence-of-muslims-movie-trailer_news

http://www.dailymotion.com/video/xtn4x3_extraits-du-film-anti-islam-l-innocence-des-
musulmans-innocence-of-muslims_shortfilms

http://www.dailymotion.com/video/xtq3gp_extrait-du-film-lnnocence-of-muslims-l-innocence-des-
musulmans-video-dailymotion_webcam

**DMCA Solutions**

31 Hastings Street
Mendon, MA  01756

http://www.dailymotion.com/f100004362064498

Page 3

http://www.dailymotion.com/video/xtm1wy_sam-bacile-s-the-muhammad-movie-720p_animals

http://www.dailymotion.com/video/x1dlb49_innocence-of-muslims-unschuld-der-muslime-2012-2014-turkisch-ukraine_shortfilms

| | |
|---|---|
| <u>Copyright Owner's Name</u>: | Gaylord Flynn, a Unites States citizen |
| <u>Authorized Agent</u>: | DMCA Solutions, LLC<br>31 Hastings Street<br>Mendon, MA  01756<br>USA<br>(202) 350-0200<br>Eric@DMCASolutions.com |

DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Gaylord Flynn, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

Eric Bulock   3/11/2014

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

March 18, 2014

**<u>Sent by Email</u>**
Google, Inc.

Attn: Shantal Rands Poovala, Designated Agent
1600 Amphitheatre Pkwy
Mountain View, CA 94043
Email:  dmca-agent@google.com

Re:     DMCA Takedown Request: Copyright Infringement
        Video – *Innocence of Muslims* – Takedown Request #3

Dear Ms. Shantal Rands Poovala:

DMCA Solutions, LLC, acting as agent on behalf of copyright holder Gaylord Flynn for the
purposes of filing this Takedown Request, hereby submits the following:

<u>What is the Issue</u>:

       Copyright Infringement: Gaylord Flynn, an actor, has an original copyright that
       remains vested in his audio-visual dramatic performance in a film in which his
       performance has been altered and adulterated without his consent and made available
       for viewing and/or download on websites, blogs, file-sharing, video sharing and torrent
       sites under variations of the title *Innocence of Muslims and published in the Google
       search index*, infringing his copyright.

<u>Copyright Infringement: Who is Affected</u>

       Gaylord Flynn, the copyright owner

<u>Identification of the Copyrighted Work Claimed to have been Infringed</u>:

       Gaylord Flynn's audio-visual dramatic performance in a film originally titled *The
       Desert Warrior* but altered without his consent and made available for viewing and/or
       download on websites, blogs, file-sharing, video sharing and torrent sites under
       variations of the title *Innocence of Muslims and published in the Google search index*.

<u>Identification of the material that is claimed to be infringing</u>

       Video made available for viewing and/or download on websites, blogs, file-sharing, video
       sharing and torrent sites under variations of the title *Innocence of Muslims (*but
       originally titled *The Desert Warrior) and published in the Google search index*.

**DMCA Solutions**
31 Hastings Street
Mendon, MA  01756

URLs of the Offending Videos:

http://facedl.com/fvideo.php?f=inkaquiaeaxqi&nedolnost-muslimanov-innocence-of-muslims

http://facedl.com/fvideo.php?f=uakiakeakanowwu&13-minute780p-trailer-of-innocence-of-mus

http://facedl.com/fvideo.php?f=iiqexexqqoqewix&innocence-of-muslims-based-on-authentic-s


Copyright Owner's Name:        Gaylord Flynn

Authorized Agent:              DMCA Solutions, LLC
                               31 Hastings Street
                               Mendon, MA  01756
                               USA
                               (202) 350-0200
                               Eric@DMCASolutions.com


DMCA Solutions, LLC, has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

The information in this notification is accurate, and under penalty of perjury, DMCA Solutions, LLC, is authorized to act on behalf of Gaylord Flynn, the owner of an exclusive right that is infringed.

DMCA Solutions, LLC

By:

Eric Bulock   3/18/2014

**EXHIBIT B**

Mar 04 14 01:44p        GFlynn                    760-625-1224                    p.1



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

Privacy Act Notice: Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

|  | PA | PAU |
|---|---|---|

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|---|---|---|

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

"Desert Warrior"

**PREVIOUS OR ALTERNATIVE TITLES ▼**

"Innocence of Muslims"

**NATURE OF THIS WORK ▼** See Instructions

Audio-visual work, pertaining to Gaylord Flynn's dramatic performance in "Desert Warrior" and put on film.

---

**NAME OF AUTHOR ▼**
Gaylord Flynn

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼
1949

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  USA
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
Dramatic performance in film entitled "Desert Warrior" affixed to film

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of _____
Domiciled in _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   This information must be given in all cases.
2011   Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.
Month July   Day 2   Year 2011
Nation

See Instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Gaylord Flynn c/o The Armenta Law Firm, 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE   OFFICE USE ONLY

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION**  Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

See instructions
before completing
this space.

Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

Flynn gave a dramatic performance for "Desert Warrior" fixed in film in 2011.  He signed no release nor was this a work for hire and his performance was used in a property in which he could not have imagined it would habe been used.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                                  Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip▼

M. Cris Armenta, The Armenta Law Firm APC 11900 W. Olympic Boulevard, Suite 730, Los Angeles, CA 90064

Area code and daytime telephone number    ( 310 ) 826-2826        Fax number    ( 310 ) 826-5456

Email

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

Check only one ▶

☑ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Gaylord Flynn                                Date  March 4, 2014

Handwritten signature(s) ▼

x _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼

Number/Street/Apt ▼

City/State/Zip ▼

YOU MUST:
· Complete all necessary spaces
· Sign your application in space 8
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington, DC 20559-6230

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form PA-Full  Rev. 02/2009  Print: 08/2010 —50,000  Printed on recycled paper                        U.S. Government Printing Office: 2010-357-996/60,065

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>GAYLORD FLYNN | DEFENDANTS<br>NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; et al. (See Attachment A) |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number, If you are representing yourself, provide same.)<br>M. CRIS ARMENTA, THE ARMENTA LAW FIRM, APC<br>11900 OLYMPIC BOULEVARD, SUITE 730, LOS ANGELES, CA 90064<br>(310) 826-2826, (310) 826-5456 FAX | Attorneys (If Known)<br>Tim Alger, attorney for Defendant Google, Inc. |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ MONEY DEMANDED IN COMPLAINT: $ actual or/and statutory damages

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. Section 101 – Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS | LABOR |
|---|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | PERSONAL INJURY | ☐ 462 Naturalization Application | Habeas Corpus: | ☐ 820 Copyrights | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 310 Airplane | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 510 Motions to Vacate Sentence | ☐ 830 Patent | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 465 Other Immigration Actions | ☐ 530 General | ☒ 840 Trademark | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 535 Death Penalty | SOCIAL SECURITY | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | TORTS PERSONAL PROPERTY | ☐ 540 Mandamus/ Other | ☐ 861 HIA (1395ff) | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 550 Civil Rights | ☐ 862 Black Lung (923) | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 555 Prison Condition | ☐ 863 DIWC/DIWW (405(g)) | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | FORFEITURE / PENALTY | ☐ 864 SSID Title XVI | |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 610 Agriculture | ☐ 865 RSI (405(g)) | |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | BANKRUPTCY | ☐ 620 Other Food & Drug | FEDERAL TAX SUITS | |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 362 Personal Injury- Med Malpractice | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 630 Liquor Laws | ☐ 871 IRS-Third Party 26 USC 7609 | |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | CIVIL RIGHTS | ☐ 640 R.R. & Truck | | |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | | ☐ 441 Voting | ☐ 650 Airline Regs | | |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | | ☐ 442 Employment | ☐ 660 Occupational Safety /Health | | |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | ☐ 443 Housing/Acco- mmodations | ☐ 690 Other | | |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 444 Welfare | | | |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 240 Torts to Land | | ☐ 445 American with Disabilities - Employment | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | ☐ 446 American with Disabilities - Other | | | |
| | ☐ 290 All Other Real Property | | ☐ 440 Other Civil Rights | | | |

FOR OFFICE USE ONLY:   Case Number:   ED CV14-01901

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s):

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No  ☑ Yes
If yes, list case number(s): CV12-8315-MWF(VBKx)

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☑ A. Arise from the same or closely related transactions, happenings, or events; or
  ☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☑ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Riverside County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, Palo Alto | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
  Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 09/11/2014

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Gaylord Flynn
VS.
Nakoula Basseley Nakoula, et al

## ATTACHMENT A PLAINTIFFS

GAYLORD FLYNN, an individual,

Plaintiffs,

## DEFENDANTS

NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; and, DOES 1-10 inclusive.

Defendants.

ORIGINAL

Name & Address:
M. Cris Armenta, SBN#177403
The Armenta Law Firm, APC
11900 Olympic Blvd, Suite 730
Los Angeles, CA 90064

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| GAYLORD FLYNN, an individual | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 14-01901 MMM(KKx) |
| v. | |
| NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE; et al. (See Attachment A) | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): See Attachment A

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _M. Cris Armenta_____, whose address is _11900 Olympic Blvd, Suite 730, Los Angeles, CA 90064_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _SEP 1 1 2014_____

By: _____
(Deputy Clerk)

(Seal of the Court)

1170

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                SUMMONS

Gaylord Flynn
VS.
Nakoula Basseley Nakoula, et al

## ATTACHMENT A PLAINTIFFS

GAYLORD FLYNN, an individual,

Plaintiffs,

## DEFENDANTS

NAKOULA BASSELEY NAKOULA, an individual also known as SAM BACILE, MARK BASSELEY YOUSSEF, ABANOB BASSELEY NAKOULA, MATTHEW NEKOLA, AHMED HAMDY, AMAL NADA, DANIEL K. CARESMAN, KRITBAG DIFRAT, SOBHI BUSHRA, ROBERT BACILY, NICOLA BACILY, THOMAS J. TANAS, ERWIN SALAMEH, YOUSSEFF M. BASSELEY, and/or MALID AHLAWI; GOOGLE, INC., a Delaware Corporation; and DOES 1-10 inclusive.

Defendants.